# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Stephen HallettCr.: 17-00427-001
PACTS #: 4075193

Name of Sentencing Judicial Officer:THE HONORABLE KEVIN MCNULTY
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/13/2018

Original Offense:Count 1: Receipt of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2), a Class C Felony

Original Sentence: 63 months imprisonment, 5 years supervised release

Special Conditions: Special Assessment, JVTA Assessment, Alcohol/Drug Testing and Treatment, Mental Health Treatment, Computer Monitoring, New Debt Restrictions, Financial Disclosure, Restricted Contact with Minors, Polygraph Examination

Type of Supervision: Supervised ReleaseDate Supervision Commenced: 02/03/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.** |
| | In March 2023, Mr. Hallett's cellular phone was enrolled in the Internet Probation and Parole Control (IPPC) device monitoring program based on his computer monitoring condition. On May 7, 2024, the undersigned officer conducted a routine review of Mr. Hallett's phone and internet activities through the IPPC portal. It was discovered that Mr. Hallett was communicating with T.D. and R.B., both of whom are on federal supervision for sexual offenses. One text message exchanged with T.W. discusses E.B.'s failed polygraph examination and the probation office's finding of adult pornography on an unmonitored device. Mr. Hallett admitted he met these individuals at Kintock residential reentry center and knew that communicating with them was a violation of his supervised release. |

| | |
|---|---|
| **2** | **You must submit to an initial inspection by the U.S. Probation Office, and to any unannounced examinations during supervision, of your computer equipment. This includes, but is not limited to, personal computers, personal digital assistants, entertainment consoles, cellular telephones, and/or any electronic media device which is owned or accessed by you. You must allow the installation on your computer of any hardware or software systems which monitor computer use. You must pay the cost of the computer monitoring program. You must abide by the standard conditions of computer monitoring. Any dispute as to the applicability of this condition will be decided by the Court.** |

On May 7, 2024, the undersigned officer conducted a routine review of Mr. Hallett's phone and internet activities through the IPPC portal. The following activity was discovered:

On March 18, 2024, Mr. Hallett looked up, "what is the best charity to help sexual abused children in the Philippines?"

On April 5, 2024, at 10:48pm, Mr. Hallett searched "Philippines girl," "girl," "girl 1950," and "gaze girl."

On April 6, 2024, he searched several live web cams located on different beaches, including Massachusetts.

On April 6, 2024, at 1:35am, he looked up the word "bathing suit."

On April 10, 2024, at 8:34am, he searched "naturism" which is non-sexual social nudity in private and public.

On April 14, 2024, at 1:30am, Mr. Hallett searched fineart.viewingrooms.com and was looking at portraits of younger looking topless females (age undetermined). One female was laying belly down on a bed, covered from the waist down, with the name "Natalie." The other was sitting on a chair with her breast exposed and the name "Roxane by red towel 2004." A third female was standing with her breasts exposed, showing the top of her pubic line and the name "Emmet Gowin."

On April 16, 2024, Mr. Hallett searched the website www.scony.com which is a spanking club in New York.

U.S. Probation Officer Action:

Mr. Hallett was sentenced by the Honorable Kevin McNulty, U.S. District Judge, on July 13, 2018, for charges related to receipt of child pornography. He was sentenced to 63 months in custody and a five-year term of supervised release. Supervision commenced on February 3, 2023.

On March 14, 2023, Mr. Hallett underwent a psychosexual evaluation at Trinitas Hospital in Elizabeth, New Jersey. Mr. Hallett stated he was introduced to pornography at age 7-9 by an older teenager. He stated he frequently viewed pornography for most of his life and described himself as "very much voyeuristic." His instant offense involved online viewing of children in the Philippines. He said he justified his actions by thinking the money was helping these individuals in the Philippines.

On March 20, 2023, the probation office successfully installed Internet Probation and Parole Control (IPPC) monitoring software on Mr. Hallett's cellular phone. As noted above, Mr. Hallett has been viewing problematic content that can potentially lead to reoffending.

On May 8, 2024, Mr. Hallett reported to the probation office. The undersigned officer discussed the above-noted findings. Mr. Hallett stated he was searching for abused children in the Philippines to donate and make amends for his crime. He noted he does not recall searching for terms related to Filipino girls or bathing suits. Regarding naturism and the spanking club, he noted these were past sexual interests and he was looking up certain locations to see if they were still in business. He stated he has no interest in visiting these locations. He reported he looked up live beach webcams to reminisce about the beach town near his childhood home. Mr. Hallett stated he is interested in fine art and could not say why he specifically clicked on photos showing topless younger looking females.

Mr. Hallett admitted his internet use is "excessive" and acknowledged the triggers related to his internet searches. Although he agreed to a limitation on his internet use between 10:30pm and 6:00am, the probation office is unable to enforce this restriction on cellular devices through the IPPC software. The undersigned officer had an extensive conversation with Mr. Hallett's sex offender treatment counselor and psychiatric medication prescriber to discuss probation's concerns. We agreed that increasing his treatment from bi-weekly to weekly services is appropriate. His therapist will continue to identify triggers, high-risk situations, and coping skills. He was instructed to complete the safety plan with his sex offender therapist related to his internet usage. In addition, Mr. Hallett was warned that any further viewing of inappropriate material would result in court notification with a recommendation to restrict internet access. We will continue to closely monitor his device and participation in treatment. We respectfully request no judicial action at this time.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: IVETTELIS PEREZ
     Senior U.S. Probation Officer

/ ip

APPROVED:

CARRIE H. BORONA       May 14, 2024
Supervising U.S. Probation Officer      Date

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

☐ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other     Status Conference set on July 24, 2024 at 3:00 p.m.

_____
Signature of Judicial Officer

6/25/2024
Date